UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:22-cv-752-MSS-AEP | DATE: | December 13, 2022 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **AURA SMART AIR, INC.**  Plaintiff,  v.  **SPEC OPS GROUP, INC., et al.**  Defendant. | | **PLAINTIFF'S COUNSEL**  Michael DeSimone  **DEFENDANT'S COUNSEL**  Alvin Lodish and Phillip Arencibia | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:01 to 3:07   **TOTAL:** 1.06 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   ZOOM MOTION HEARING

MOTION for Issuance of Letters Rogatory (Defendants' Motion for Issuance of Letters of Request) by All Defendants. (dkt #31).   Response #32.

Oral Argument heard.

Court to grant the motion as stated on the record.