IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| AURA SMART AIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 8:22-cv-00752-MSS-AEP |
| SPECOPS GROUP, INC., SPECOPS | ) | |
| TECHNOLOGIES, INC., and ADRIAN | ) | |
| GARULAY | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF
RECORD FOR DEFENDANTS SPECOPS GROUP, INC., SPECOPS
TECHNOLOGIES, INC. AND ADRIAN GARULAY AND MOTION FOR
LEAVE TO SUBMIT PROPOSED ORDER**

The law firm of Duane Morris LLP and its undersigned attorneys (collectively, "Counsel") move to withdraw as counsel for Defendants SpecOps Group, Inc., SpecOps Technologies, Inc. and Adrian Garulay ("Defendants"). In support thereof, the undersigned states the following:

1. The instant Motion (the "Motion" or the "Amended Motion to Withdraw") is pursuant to Local Rule 2.02(c) of the United States District Court for the Middle District of Florida.

2. Irreconcilable differences have arisen between Counsel and all three Defendants, and Counsel is no longer able to represent Defendants in this matter.

3.      Adrian Garulay is the corporate officer and representative of both SpecOps Group, Inc. and SpecOps Technologies, Inc.

4.      On March 19, 2024, all three Defendants were sent a letter informing them of Counsel's initial Motion to Withdraw. The letter was provided more than fourteen (14) days prior to the filing of Counsel's initial Motion to Withdraw. In accordance with the foregoing, undersigned counsel, Alvin D. Lodish, hereby certifies that he provided over fourteen (14) days' notice to Defendants that Counsel's initial Motion to Withdraw would be filed.

5.      Counsel's withdrawal will not cause any continuance of a trial date; in fact, the Court has stayed this case pending responses to Letters Rogatory requests issued to Aura Smart Air Ltd. from Israel.

6.      This withdrawal will result in Adrian Garulay, whose mailing address is 67 Tall Tree Court, Sarasota, Florida 34232 (Email: adrian@specops-group.com; Phone: 74-208-2983), proceeding *pro se*. SpecOps Group, Inc. and SpecOps Technologies, Inc.'s mailing address is 2015 Cattlemen Road, Sarasota, Florida 34234. SpecOps Group, Inc. and SpecOps Technologies, Inc.'s email address and phone number are c/o Adrian Garulay (Email: adrian@specops-group.com; Phone: 74-208-2983).

7.      Counsel requests that the Court allow Defendants thirty (30) days from the date of entry of an Order granting this Motion to retain new counsel.

8.      Pursuant to Local Rule 3.01(j), Counsel seeks leave to submit a proposed order granting the relief requested herein to conserve judicial resources and avoid the time and expense of a hearing on this Motion.

## LOCAL RULE 3.01(g) CERTIFICATION

9.      Undersigned Counsel made good faith efforts in conferring with counsel for Plaintiff regarding the relief requested in the instant Motion *via* email, and counsel for Plaintiff has consented to the relief requested herein.

## CONCLUSION

WHEREFORE, the law firm of Duane Morris LLP and its undersigned attorneys respectfully request that this Honorable Court enter an Order: (1) granting the instant Amended Motion to Withdraw as counsel for Defendant SpecOps Group, Inc., Defendant SpecOps Technologies, Inc., and Defendant Adrian Garulay; (2) directing all future pleadings and correspondence to be furnished to Adrian Garulay, and to SpecOps Group, Inc. and SpecOps Technologies, Inc. c/o Adrian Garulay, at 67 Tall Tree Court, Sarasota, Florida 34232 (Email: adrian@specops-group.com; Phone: 74-208-2983); (3) allowing Defendants thirty (30) days to retain new counsel; and (4) granting Counsel leave to submit a Proposed Order granting the foregoing relief.

Dated: April 30, 2024.                Respectfully submitted,


                                      /s/ Alvin D. Lodish
                                      Alvin Lodish PA (0622273)
                                      E-mail: alodish@duanemorris.com
                                      Phillip J. Arencibia, Esq. (1031383)
                                      E-mail: pjarencibia@duanemorris.com
                                      **DUANE MORRIS LLP**
                                      201 South Biscayne Boulevard, Suite 3400
                                      Miami, FL 33131-4325
                                      Telephone: +1 305 960 2200
                                      Fax: +1 305 960 2201

                                      *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and a copy of the foregoing was served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and furnished via email and U.S. Mail upon Adrian Garulay at 67 Tall Tree Court, Sarasota, Florida 34232, email address adrian@specops-group.com, and to SpecOps Group, Inc. and SpecOps Technologies, Inc. at 2015 Cattlemen Road, Sarasota, Florida 34234.


                                      /s/Alvin D. Lodish
                                      Alvin D. Lodish, Esq.

DM1\15277495.1

4